UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALONZO LEE TAYLOR,<br><br>　　　　Petitioner,<br><br>　v.<br><br>JAMES D. HARTLEY, Warden,<br><br>　　　　Respondent. | NO. CV 06-6591-SJO (CW)<br><br>ORDER ACCEPTING REPORT<br>AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge and objections thereto. The court has made a <u>de</u> <u>novo</u> determination with respect to those portions of the Report and Recommendation to which objection has been made.

**IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; and (2) that judgment be entered denying the petition and dismissing this action with prejudice.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED:  April 14, 2011

*S. James Otero*

S. JAMES OTERO
United States District Judge