**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| ALONZO LEE TAYLOR, | ) | NO. CV 06-6591-SJO (CW) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| JAMES D. HARTLEY, Warden, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: April 14, 2011

_S. James Otero_
_____
S. JAMES OTERO
United States District Judge